1  MARTIN L. FINEMAN, State Bar No. 104413
   SUZANNE TOLLER, State Bar No. 129903
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery St., Suite 800
3  San Francisco, California 94111-6533
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599

5  T. SCOTT THOMPSON, *pro hac vice application pending*
   JOHN R. EASTBURG, State Bar No. 247380
6  DAVIS WRIGHT TREMAINE LLP
   1919 Pennsylvania Avenue, N.W., Suite 200
7  Washington, D.C. 20006
   Telephone 202-973-4200
8  Facsimile: 202-973-4499

9  ROBERT L. DELSMAN, State Bar No. 142376
   NEXTG NETWORKS, INC.
10 2216 O'Toole Avenue
   San José, California 95131
11

   Attorneys for Plaintiff
12 NextG Networks of California, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>Defendants. | No. CV 08 0985<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

1  TO THE COURT, ALL PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF
2  RECORD:
3  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following corporation has a
4  financial interest in the subject matter in controversy or in a party to the proceeding: NextG Networks
5  of California, Inc. is 100% owned by NextG Networks, Inc., which is not a publicly traded company.

Dated: February 15, 2008.

DAVIS WRIGHT TREMAINE LLP

By: _____
    Martin L. Fineman
    Attorneys for Plaintiff
    NextG Networks of California, Inc.

---

CERTIFICATION OF INTERESTED ENTITIES
WDC 718218v1 0103871-000024