SUZANNE TOLLER (SBN 129903)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street #800
San Francisco, CA 94111
Telephone: (415) 276-6500
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : NEXTG NETWORKS OF CALIFORNIA, INC.
Defendant : THE CITY AND COUNTY OF SAN FRANCISCO

Ref#: 231105        *    **PROOF OF SERVICE**      Case No.: CV 08 0985 MEJ

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY RELIEF AND PETITION FOR WRIT OF MANDAMUS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF A CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF INFORMATION HANDOUT; WELSOME TO USDC INFORMATION; CERTICATION OF INTERESTED ENTITIES OR PERSONS; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    : DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN
                      FRANCISCO

    By serving      : Nydia S. Gonzalez, Authorized Agent

    Address         : Mayor's Office, City Hall
                      One Dr. Carlton B. Goodlett Place, Suite 234
                      San Francisco, CA

    Date of Service: February 20, 2008

    Time of Service: 4:18 PM

Person who served papers:
KINTO V. FANNIN                          Fee for service: $50.00
SPECIALIZED LEGAL SERVICES, INC.         Registered California process server.
1112 Bryant Street, Suite 200            (i) Employee or Independent Contractor
San Francisco, CA 94103                  (ii) Registration no.: 1025
Telephone: (415) 357-0500                (iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 21, 2008                  Signature _____

SUZANNE TOLLER (SBN 129903)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street #800
San Francisco, CA 94111
Telephone: (415) 276-6500

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : NEXTG NETWORKS OF CALIFORNIA, INC.
Defendant : THE CITY AND COUNTY OF SAN FRANCISCO

Ref#: 231112      *    **PROOF OF SERVICE**     Case No.: CV 08 0985 MEJ

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY RELIEF AND PETITION FOR WRIT OF MANDAMUS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF A CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF INFORMATION HANDOUT; WELSOME TO USDC INFORMATION; CERTICATION OF INTERESTED ENTITIES OR PERSONS; APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | | |
|---|---|---|
| Party served | : | DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO |
| By serving | : | Stephanie Thompson, Receptionist |
| Address | : | Office of the City Attorney, City Hall One Dr. Carlton B. Goodlett Place, Room 200 San Francisco, CA |
| Date of Service: | | February 20, 2008 |
| Time of Service: | | 4:15 PM |

Person who served papers:
KINTO V. FANNIN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1025
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 21, 2008                      Signature _____