1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
3 | WILLIAM K. SANDERS, State Bar #154156
THOMAS J. LONG, State Bar #124776
4 | Deputy City Attorneys
City Hall, Room 234
5 | 1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
6 | Telephone:     (415) 554-6548
Facsimile:      (415) 554-4757
7 | E-Mail:          thomas.long@sfgov.org

8 | Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO and
9 | THE DEPARTMENT OF PUBLIC WORKS OF THE
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation, | Case No. CV-08-0985-MHP |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING MOTION SCHEDULE AND [PROPOSED[ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO, | |
| Defendants. | |

WHEREAS, Plaintiff NextG Networks of California, Inc. ("NextG") filed a Motion for Judgment on the Pleadings on April 3, 2008 and noticed the motion for a hearing on May 12, 2008; and

///

///

STIPULATION REGARDING MOTION SCHEDULE AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT               1
CONFERENCE Case No. CV-08-0985-MHP

WHEREAS, Defendants the City and County of San Francisco and the Department of Public Works ("the City") informed NextG that, in response to the Motion for Judgment on the Pleadings, Defendants intend to file a Motion for Summary Judgment;

WHEREAS, the Court has set a Case Management Conference (CMC) for May 19, 2008, and the parties agree that judicial economy would be served if the CMC were postponed until after the resolution of these potentially case-dispositive motions;

IT IS HEREBY STIPULATED THAT:

(1) No later than April 28, 2008, Defendants will file their Motion for Summary Judgment;

(2) No later than May 2, 2008, Plaintiff may, if it so elects, file a Cross-Motion for Summary Judgment, and Plaintiff will indicate whether it still wishes its Motion for Judgment on the Pleadings to be heard;

(3) No later than May 16, 2008, Defendants will file their papers in opposition to the pending motion(s) submitted by Plaintiff, and Plaintiff will file its papers in opposition to Defendants' Motion for Summary Judgment;

(4) No later than May 23, 2008, both parties will file reply papers in support of their pending motions; and

(5) On June 9, 2008 at 2:00 p.m. in the Courtroom of the Honorable Marilyn Hall Patel, all pending motions will be heard.

(6) The parties respectfully submit that the Case Management Conference should be continued to a date to be determined by the Court after the June 9, 2008 hearing, and so request.

///
///
///
///
///
///

STIPULATION REGARDING MOTION SCHEDULE AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE Case No. CV-08-0985-MHP

2

| | |
|---|---|
| Dated: April 24, 2008 | DENNIS J. HERRERA<br>City Attorney<br>THERESA L. MUELLER<br>Chief Energy and Telecommunications Deputy<br>WILLIAM K. SANDERS<br>THOMAS J. LONG<br>Deputy City Attorneys |
| | By:    /S/<br>      THOMAS J. LONG |
| | Attorneys for Defendants |
| Dated: April 24, 2008 | MARTIN L. FINEMAN<br>SUZANNE TOLLER<br>T. SCOTT THOMPSON<br>JOHN R. EASTBURG<br>DAVIS WRIGHT TREMAINE LLP |
| | By:    /S/<br>      MARTIN L. FINEMAN |
| | Attorneys for Plaintiff<br>NextG Networks of California, Inc. |

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the parties shall follow the briefing schedule described above and that the Case Management Conference currently scheduled for May 19, 2008 be continued to a date to be determined by the Court after June 9, 2008.

Dated: _____

                              The Honorable Marilyn Hall Patel
                              United States District Judge