1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  THERESA L. MUELLER, State Bar #172681
   Chief Energy and Telecommunications Deputy
3  WILLIAM K. SANDERS, State Bar #154156
   THOMAS J. LONG, State Bar #124776
4  Deputy City Attorneys
   City Hall, Room 234
5  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
6  Telephone:     (415) 554-6548
   Facsimile:     (415) 554-4757
7  E-Mail:        thomas.long@sfgov.org

8  Attorneys for Defendants
   THE CITY AND COUNTY OF SAN FRANCISCO and
9  THE DEPARTMENT OF PUBLIC WORKS OF THE
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>Defendants. | Case No. CV-08-0985-MHP<br><br>**STIPULATION REGARDING MOTION SCHEDULE AND [PROPOSED][ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiff NextG Networks of California, Inc. ("NextG") filed a Motion for Judgment on the Pleadings on April 3, 2008 and noticed the motion for a hearing on May 12, 2008; and

///

///

STIPULATION REGARDING MOTION SCHEDULE AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT      1
CONFERENCE Case No. CV-08-0985-MHP

1    WHEREAS, Defendants the City and County of San Francisco and the Department of Public Works ("the City") informed NextG that, in response to the Motion for Judgment on the Pleadings, Defendants intend to file a Motion for Summary Judgment;

4    WHEREAS, the Court has set a Case Management Conference (CMC) for May 19, 2008, and the parties agree that judicial economy would be served if the CMC were postponed until after the resolution of these potentially case-dispositive motions;

7    IT IS HEREBY STIPULATED THAT:

8    (1) No later than April 28, 2008, Defendants will file their Motion for Summary Judgment;

10   (2) No later than May 2, 2008, Plaintiff may, if it so elects, file a Cross-Motion for Summary Judgment, and Plaintiff will indicate whether it still wishes its Motion for Judgment on the Pleadings to be heard;

13   (3) No later than May 16, 2008, Defendants will file their papers in opposition to the pending motion(s) submitted by Plaintiff, and Plaintiff will file its papers in opposition to Defendants' Motion for Summary Judgment;

16   (4) No later than May 23, 2008, both parties will file reply papers in support of their pending motions; and

18   (5) On June 9, 2008 at 2:00 p.m. in the Courtroom of the Honorable Marilyn Hall Patel, all pending motions will be heard.

20   (6) The parties respectfully submit that the Case Management Conference should be continued to a date to be determined by the Court after the June 9, 2008 hearing, and so request.

///
///
///
///
///
///

STIPULATION REGARDING MOTION SCHEDULE AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE Case No. CV-08-0985-MHP          2

1  Dated: April 24, 2008                    DENNIS J. HERRERA
                                            City Attorney
2                                           THERESA L. MUELLER
                                            Chief Energy and Telecommunications Deputy
3                                           WILLIAM K. SANDERS
                                            THOMAS J. LONG
4                                           Deputy City Attorneys

5
                                    By:     /S/
6                                           THOMAS J. LONG

7                                           Attorneys for Defendants

8

9  Dated: April 24, 2008                    MARTIN L. FINEMAN
                                            SUZANNE TOLLER
10                                          T. SCOTT THOMPSON
                                            JOHN R. EASTBURG
11                                          DAVIS WRIGHT TREMAINE LLP

12
                                    By:     /S/
13                                          MARTIN L. FINEMAN

14                                          Attorneys for Plaintiff
                                            NextG Networks of California, Inc.
15

16       PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED that the parties shall

17  follow the briefing schedule described above and that the Case Management Conference currently

18  scheduled for May 19, 2008 be continued to a date to be determined by the Court after June 9, 2008.

19

20  Dated: 4/28/2008                        _____
                                            The Honorable Marilyn Hall Patel
21                                          United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION REGARDING MOTION SCHEDULE AND        3
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE Case No. CV-08-0985-MHP