DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
THOMAS J. LONG, State Bar #124776
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-6548
Facsimile:     (415) 554-4757
E-Mail:        thomas.long@sfgov.org

Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO and
THE DEPARTMENT OF PUBLIC WORKS OF THE
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>Defendants. | Case No. CV-08-0985-MHP<br><br>**DECLARATION OF DANIEL LAFORTE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:  June 9, 2008<br>Time:          2:00 p.m.<br>Place:         Courtroom 15 |

I, Daniel LaForte, being duly sworn, declare:

1. I am employed by the City and County of San Francisco in the Recreation and Park Department as Park Planner. I have been in that position over three years. I submit this declaration in support of the motion for summary judgment filed by defendants the City and County of San Francisco and the Department of Public Works of the City and County of San Francisco. I have

LAFORTE DECLARATION                              1
CV-08-0985-MHP

1. personal knowledge of the matters stated herein, and if called as a witness could testify competently thereto.

2. I am familiar with Ordinance No. 214-07 and Department of Public Works Order No. 177,163 that are the subject of this litigation. My responsibilities at the Recreation and Park Department include reviewing applications for personal wireless services facilities site permits where the applications indicate that the facilities will be located adjacent to a San Francisco park or open space.

3. I am informed and believe that plaintiff NextG Networks of California, Inc. has speculated in its Motion for Judgment on the Pleadings that the Recreation and Park Department could conduct a hearing after an application for a personal wireless services facilities site permit is referred to the Recreation and Park Department by the Department of Public Works. Nonetheless, Ordinance No. 214-07 states that the Recreation and Park Department, not the Recreation and Park Commission, would review these applications, which tells me that the Recreation and Park Department should conduct its review at the staff level without conducting any hearings. This is what the Recreation and Park Department intends to do.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 28th day of April, 2008 at San Francisco, California.

_____
DANIEL LAFORTE