1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>    Defendants. | Case No. CV-08-0985-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE FIRST AND SECOND CLAIMS OF THE COMPLAINT** |
|---|---|

The motion of defendants the City and County of San Francisco and the Department of Public Works of the City and County of San Francisco (hereinafter jointly referred to as "City") for summary judgment on the first and second claims of the complaint, filed April 28, 2008, came before the Court on June 9, 2008. Having considered the papers submitted by the parties in support of and in opposition to the City's motion, and having heard the arguments of counsel, therefore,

[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT
CV-08-0985-MHP

1

1    IT IS HEREBY ORDERED that the City's motion for summary judgment on the first and second claims of the complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Marilyn Hall Patel
United States District Judge