1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  THERESA L. MUELLER, State Bar #172681
   Chief Energy and Telecommunications Deputy
3  WILLIAM K. SANDERS, State Bar #154156
   THOMAS J. LONG, State Bar #124776
4  Deputy City Attorneys
   City Hall, Room 234
5  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
6  Telephone:     (415) 554-6548
   Facsimile:     (415) 554-4757
7  E-Mail:        thomas.long@sfgov.org

8  Attorneys for Defendants
   THE CITY AND COUNTY OF SAN FRANCISCO and
9  THE DEPARTMENT OF PUBLIC WORKS OF THE
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>　　　　　Defendants. | Case No. CV-08-0985-MHP<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:　June 9, 2008<br>Time:　　　　　2:00 p.m.<br>Place:　　　　 Courtroom 15 |

CERTIFICATE OF SERVICE
 Case No. CV-08-0985-MHP

1

# **CERTIFICATE OF SERVICE**

I, **KIANA V. DAVIS,** declare that:

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is City Attorney's Office, City Hall, Room 234, 1 Dr. Carlton B. Goodlett Place, San Francisco, CA 94102; telephone (415) 554-4698.

On April 28, 2008 I served the following document(s):

1)  **EXHIBIT C TO THE DECLARATION OF DANIEL MCKENNA;**

2)  **NOTICE OF MANUAL FILING OF EXHIBIT C TO THE DECLARATION OF DANIEL MCKENNA (RECREATION AND PARK DEPARTMENT MAP);**

3)  **EXHIBIT D TO THE DECLARATION OF DANIEL MCKENNA; AND**

4)  **NOTICE OF MANUAL FILING OF EXHIBIT D TO THE DECLARATION OF DANIEL MCKENNA (PLANNING DEPARTMENT MAP)**

by electronic mail on the following persons at the electronic mail addresses specified:

**Robert Louis Delsman**
rdelsman@delsmanlaw.com,

**John Rory Eastburg**
roryeastburg@dwt.com,

**Martin L. Fineman**
martinfineman@dwt.com,
edithshertz@dwt.com

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 29, 2008, at San Francisco, California.

                                                   /S/
                                       KIANA V. DAVIS