1  MARTIN L. FINEMAN, State Bar No. 104413
   SUZANNE TOLLER, State Bar No. 129903
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery St., Suite 800
3  San Francisco, California  94111-6533
   Telephone:  (415) 276-6500
4  Facsimile:  (415) 276-6599

5  T. SCOTT THOMPSON, *pro hac vice*
   JOHN R. EASTBURG, State Bar No. 247380
6  DAVIS WRIGHT TREMAINE LLP
   1919 Pennsylvania Avenue, N.W., Suite 200
7  Washington, D.C. 20006
   Telephone 202-973-4200
8  Facsimile: 202-973-4499

9  ROBERT L. DELSMAN, State Bar No. 142376
   NEXTG NETWORKS, INC.
10 2216 O'Toole Avenue
   San José, California 95131
11
   Attorneys for Plaintiff
12 NextG Networks of California, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO AND THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>            Defendants. | No.  CV 08 0985 MHP<br><br>Action Filed:  February 15, 2008<br><br>**DECLARATION OF LAWRENCE R. DOHERTY IN SUPPORT OF NEXTG'S OPPOSITION TO DEFENDANT CITY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 9, 2008<br>Time: 2:00 p.m.<br>Courtroom 15, 18th Floor<br>Before the Honorable Marilyn Hall Patel |

DOHERTY DECLARATION
WDC 738885v1 0058588-000003

I, Lawrence R. Doherty, declare and state as follows:

1.     I am the Senior Vice President, Corporate Development for NextG Networks, Inc., the parent company of Plaintiff NextG Networks of California, Inc. ("NextG").  I make this Declaration in support of NextG's Opposition to the City's Motion for Summary Judgment in the above captioned action.  Unless otherwise indicated, I know the following of my own personal knowledge, and if called as a witness in this action, I could and would testify competently to these facts under oath.

2.     As Senior Vice President, Corporate Development, my responsibilities include exploring and developing new growth avenues for NextG Networks.  I maintain contact with an extensive network of leads within the telecommunications industry in order to grow the company to ensure sound corporate growth.  I have over 26 years of telecommunications experience in network development and deployment across the United States.  Prior to my position with NextG Networks, Inc., I served multiple roles over six years with Sprint PCS, the third largest wireless service provider in the United States.  My responsibilities included Director, National Site Development and Director National Property and Standards.

3.     In cities throughout California and across the nation, NextG competes directly with the incumbent telephone companies, such as AT&T, and other wireline telecommunications providers, bidding against them for projects such as the provision of fiber optic backhaul.  Indeed, even cable television operators, which often operate fiber optic networks, are now direct competitors of NextG.  For example, in 2007, Time Warner was awarded a contract to provide fiber optic cable Ethernet backhaul service to Sprint PCS in the Los Angeles area.  NextG competed against Time Warner to secure the contract, but Sprint PCS chose to award the contract to Time Warner.  Likewise, Cox Communications recently offered a Distributed Antenna System ("DAS") network in Las Vegas, Nevada in competition with NextG, utilizing Cox's existing cable system fiber optic cable.

2

DOHERTY DECLARATION
WDC 738885v1 0058588-000003

1  I declare under penalty of perjury under the laws of the United States of America and the State of
2  California that the foregoing is true and correct and that this Declaration was executed by me on May
3  __, 2008 in San Jose, California.

_____
Lawrence R. Doherty