DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESA L. MUELLER, State Bar #172681
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS, State Bar #154156
THOMAS J. LONG, State Bar #124776
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-6771
Facsimile:    (415) 554-4757
E-Mail:    william.sanders@sfgov.org

Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO and
THE DEPARTMENT OF PUBLIC WORKS OF THE
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>Defendants. | Case No. CV-08-0985-MHP<br><br>**NOTICE OF ERRATA RE: DECLARATION OF DANIEL MCKENNA IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON THE FIRST AND SECOND CLAIMS OF THE COMPLAINT**<br><br>Hearing Date:  June 9, 2008<br>Time:    2:00 p.m.<br>Place:    Courtroom 15 |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the following errata to the Declaration of Daniel McKenna in Support of the Defendants' Motion for Summary Judgment filed on April 28, 2008 ("McKenna Declaration"). This errata is necessitated by an inadvertent clerical error that defendants discovered today.

ERRATA TO MCKENNA DECLARATION
CV-08-0985-MHP

1

1    In paragraph 4 of the McKenna Declaration, Mr. McKenna avers that the Department of
2 Public Works ("DPW") adopted DPW Order No. 177,163 (the "DPW Order") on December 5, 2007.
3 Attached as Exhibit B to the McKenna Declaration is a copy of a version of DPW Order No. 177,163
4 that is *dated October 3, 2007*. That was an error. The document that should have been attached is the
5 final DPW Order *dated December 5, 2007*. Attached hereto is a true and correct copy of the final
6 DPW Order dated December 5, 2007. Exhibit B to the McKenna Declaration should be replaced with
7 the attached.

8    All of the references to DPW Order No. 177,163 in the pleadings filed by defendants with
9 respect to the two motions before this Court are to the final DPW Order dated December 5, 2007.
10 These pleadings include: (i) the McKenna Declaration; (ii) the Declarations of Amit K. Ghosh,
11 Daniel LaForte, and Mark Luellen in Support of Defendants' Motion for Summary Judgment filed on
12 April 28, 2008; (iii) Defendants' Motion for Summary Judgment on the First and Second Claims of
13 the Complaint filed on April 28, 2008 (and the errata to the motion filed on April 30, 2008);
14 (iv) Defendants' Opposition to Plaintiff's Motion for Judgment on the Pleadings filed on May 16,
15 2008; and (v) Reply Memorandum of Points and Authorities in Support of Defendants' Motion for
16 Summary Judgment filed on May 23, 2008.

17    Defendants have reviewed plaintiff's pleadings in this case. It does not appear that plaintiff
18 has been prejudiced by defendants' inadvertent error.

19    Plaintiff appears to have used the final DPW Order dated December 5, 2007 in preparing
20 Plaintiff NextG's Notice of Motion and Motion for Judgment on the Pleadings filed on April 3, 2008
21 (before defendants filed the McKenna Declaration). In that motion (p. 9), plaintiff includes citations
22 to Sections of the final DPW Order that were not in the October 3, 2007 version (§§ III.D.4-5).
23 Similarly, in Plaintiff NextG's Opposition to Defendant City's Motion for Summary Judgment
24 ("Plaintiff's Opposition") filed on May 16, 2007 (pp. 6-7), plaintiffs cited to the same Sections of the
25 final DPW Order dated December 5, 2007 that were not in the October 3, 2007 version.

26    NextG's only apparent references to the October 3, 2007 version appear to be to a Section of
27 the DPW Order that allows for appeals of DPW grants or denials of Personal Wireless Service
28 Facilities Site Permits. Both in Plaintiff's Opposition (pp. 15-16), and in Plaintiff's NextG's Reply

Memorandum in Support of Its Motion for Judgment on the Pleadings (p. 10), plaintiff cites to Section V of the DPW Order relating to appeals. This appears to be a citation to the October 3, 2007 version attached to the McKenna Declaration. However, the citation to the earlier version has no substantive effect. In the final DPW Order, the identical language to which NextG cites appears as Section VI.

Defendants apologize for any confusion created by the error.

Dated: May 28, 2008

DENNIS J. HERRERA
City Attorney
THERESA L. MUELLER
Chief Energy and Telecommunications Deputy
WILLIAM K. SANDERS
THOMAS J. LONG
Deputy City Attorneys

By: _____/s/_____
THOMAS J. LONG
Attorneys for Defendants
THE CITY AND COUNTY OF SAN FRANCISCO and
THE DEPARTMENT OF PUBLIC WORKS OF THE
CITY AND COUNTY OF SAN FRANCISCO

**City and County of San Francisco**



Gavin Newsom, Mayor
Fred V. Abadi, Ph.D., Director

Phone: (415) 554-6920
Fax: (415) 554-6944
TDD: (415) 554-6900
http://www.sfdpw.com

Department of Public Works
Office of the Director
City Hall, Room 348
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4645

**CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF PUBLIC WORKS
ORDER NO. 177,163**

REGULATIONS FOR ISSUING PERSONAL WIRELESS SERVICE FACILITIES SITE PERMITS

I.      PURPOSE OF ORDER

     The purpose of this Order is to establish application procedures for Personal Wireless Service Facilities Site Permits in accordance with the authority granted to the Department in S.F. Administrative Code § 11.9(b)(2). This Order supersedes any requirement in a UCP issued before the date of this Order related to the issuance of Personal Wireless Service Facilities Site Permits to the extent that any of the requirements of this Order and a UCP are inconsistent. This Order does not apply to Personal Wireless Service Facilities that were installed in the Public Rights-of-Way prior to October 21, 2007.

II.     DEFINITIONS

     For purposes of this Order, the following terms, phrases, words, abbreviations, and other similar terms, when capitalized, shall have the meanings given herein:

    A.    "Adjacent" means: (i) on the same side of the street and in front of the building or the next building on either side when it is used in Section III.D.4.C; or (ii) on the same side of the street when it is used in Section III.D.5.

    B.    "Applicable Law" means all applicable federal, state, and City laws, ordinances, codes, rules, regulations, orders, standard plans and specifications, as the same may be amended or adopted from time to time. "Applicable Law" also means the requirements contained in a Utility Conditions Permit previously issued to an Applicant.

    C.    "Applicant" means a person that has applied for a Personal Wireless Service Facilities Site Permit.

    D.    "Business Day" means any Monday through Friday that is not observed as an official holiday by the City.

E.  "CEQA" means the California Environmental Quality Act (California Public Resources Code § 21000, et seq.).

F.  "City" means the City and County of San Francisco.

G.  "Completion Date" means the date on which a Permittee completes the installation of any Personal Wireless Service Facilities authorized under a Personal Wireless Service Facilities Site Permit.

H.  "CPUC" means the California Public Utilities Commission.

I.  "Day" means any calendar day. For the purposes hereof, the time in which an act is to be performed shall be computed by excluding the first Day and including the last. For the purposes hereof, if the time in which an act is to be performed falls on a Saturday, Sunday, or any Day observed as an official holiday by the City, the time for performance shall be extended to the following Business Day.

J.  "Department" means the Department of Public Works.

K.  "Department of Public Health" means the City and County of San Francisco Department of Public Health.

L.  "Department Maps" means the geographic information system maps to be provided by the Department showing those locations that would require the approval of the Planning Department and/or the Recreation and Park Department before the Department could issue a Personal Wireless Service Facilities Site Permit.

M.  "Director" means the Director of the Department or his or her designee.

N.  "FCC" means the Federal Communications Commission.

O.  "Installation Period" means a time set forth in a Personal Wireless Service Facilities Site Permit for a Permittee to complete the installation permitted therein. Unless a longer period is otherwise stated in the Permit, the Installation Period shall be one (1) year after the issuance of the Permit.

P.  "Order" means these Regulations for Issuing Personal Wireless Service Facilities Site Permits.

Q.  "Permittee" means a person granted a Personal Wireless Service Facilities Site Permit by the Department under S.F. Administrative Code § 11.9(b) and this Order.

R.  "Personal Wireless Service" means commercial mobile services provided under a license issued by the FCC.

- S. "Personal Wireless Service Facilities" means antennas and related facilities and equipment used to provide or facilitate the provision of Personal Wireless Service.

- T. "Personal Wireless Service Facilities Site Permit" or "Permit" means a permit issued under this Order as it has been approved, amended, or renewed by the Department.

- U. "Planning Department" means the City and County of San Francisco Planning Department.

- V. "Public Rights-of-Way" means the area in, on, upon, above, beneath, within, along, across, under, and over the public streets, sidewalks, roads, lanes, courts, ways, alleys, spaces, and boulevards within the geographic area of the City in which the City now or hereafter holds any property interest, which is dedicated to public use.

- W. "Recreation and Park Department" means the City and County of San Francisco Recreation and Park Department.

- X. "UCP" means a Utility Conditions Permit issued by the Department under S.F. Administrative Code § 11.9(a).

- Y. "Utility Poles" means power poles, telephone poles, lighting poles or fixtures, transportation or traffic poles, other similar poles or fixtures, or other structures located within the Public Rights-of-Way, and may refer to such facilities in the singular or plural, as appropriate to the context in which used.

- Z. "Verified Statement" means a statement that is signed and sworn by a person with knowledge.

III. APPLICATION PROCESS

- A. A Personal Wireless Service Facilities Site Permit shall be required for each and every Personal Wireless Service Facility to be installed in the Public Rights-of-Way. The Department will process each application for a Personal Wireless Service Facilities Permit separately.

- B. There is no limit to the number of applications for Personal Wireless Service Facilities Site Permits that an Applicant may file at any given time. Nonetheless, and regardless of any the time limitations contained herein, the Department is not required to process more than ten (10) applications for Personal Wireless Service Facilities Site Permits filed by any single Applicant in any period of five (5) consecutive Business Days.

- C. An application for a Personal Wireless Service Facilities Site Permit shall include:

3

1.  An application in the form to be provided by the Department, which shall contain the following information:

    (a) Description of the proposed Personal Wireless Service Facilities to be installed (including make, model and technical specifications for all equipment to be used);
    (b) Identification of the proposed location of the existing or new Utility Pole to be used for the Personal Wireless Service Facilities;
    (c) Statement whether, because of the location of proposed Personal Wireless Service Facilities, the approval of the Planning Department or the Recreation and Park Department is required under S.F. Administrative Code § 11.9(b)(2); and
    (d) Name, address, telephone number, facsimile number and electronic-mail address for the Applicant's contact person.

2.  Proof in a form sufficient to the Department that permission to install the proposed Personal Wireless Service Facilities has been obtained from the owners of any existing Utility Pole (if required). Proof that the Applicant is a member in good standing of the Northern California Joint Pole Association will be sufficient for joint Utility Poles.

3.  A statement that: (a) the Applicant has obtained any required CEQA approval for installation of the proposed Personal Wireless Service Facilities from the CPUC or the Planning Department, or (b) when the Applicant expects to obtain such required CEQA approval. Proof that a lead or responsible agency has made a determination that Permittee's installation of Personal Wireless Service Facilities on Utility Poles anywhere in the City and County of San Francisco are categorically exempt from CEQA will be sufficient.

4.  An original Verified Statement from a qualified engineer that the potential human exposure to radio frequency emissions from the proposed Personal Wireless Service Facilities complies with FCC regulations. An Applicant may choose to file only one (1) original Verified Statement for every type of radio frequency transmission equipment that the Applicant intends to use with two (2) or more applications for Personal Wireless Service Facilities Site Permits. After the Department has approved one (1) application for a Personal Wireless Services Facilities Site Permit using a particular type of radio frequency transmission equipment, when filing any subsequent applications for Personal Wireless Services Facilities Site Permits using the identical equipment the Applicant may file a copy of both the previously filed original Verified Statement and the Department of Public Health's review of that Verified Statement.

5.  A location drawing of the proposed Personal Wireless Service Facility in a twenty feet (20') to one inch (1") scale (20:1 scale) showing each of the following:

    (a) Street name;

        (b)    Names of cross streets;
        (c)    The Utility Pole to be used;
        (d)    All existing facilities on the Utility Pole (if applicable); and
        (e)    All proposed facilities on the Utility Pole.

6. If an application for a Personal Wireless Service Facilities Permit requires the approval of the Planning Department and/or the Recreation and Park Department, the application shall contain the following additional information:

        (a)    A photographic simulation of the proposed Personal Wireless Service Facility at the proposed location;
        (b)    A photograph of any existing Personal Wireless Service Facilities located in the Public Rights-of-Way that are within a one hundred and fifty foot (150') radius of the proposed Personal Wireless Service Facility; and
        (c)    A site drawing in a twenty feet (20') to one inch (1") scale (20:1 scale) showing the location of any existing Personal Wireless Service Facilities located in the Public Rights-of-Way that are within a one hundred and fifty foot (150') radius of the proposed Personal Wireless Service Facility.

D. The Department will process an application for a Personal Wireless Service Facilities Site Permit in the manner set forth below:

1. The Department shall first determine whether the application is complete. An application is complete if the Applicant has provided the Department with all of the information required in Section III.C.

2. If the application is not complete, the Department shall notify the Applicant within three (3) Business Days and shall return the application along with the statement of what additional information is required.

3. If the application is complete, the Department shall approve the application for a Personal Wireless Service Facilities Site Permit unless the Department determines that:

        (a)    The approval of the Planning Department is required because the proposed location of the Personal Wireless Service Facilities is within an area described in S.F. Administrative Code § 11.9(b)(2)(A) and Section III.D.4;
        (b)    The approval of the Recreation and Park Department is required because the proposed location of the Personal Wireless Service Facilities is within an area described in S.F. Administrative Code § 11.9(b)(2)(B) and Section III.D.5; or
        (c)    Potential human exposure to radio frequency emissions from the proposed Personal Wireless Service Facilities violates FCC regulations.

4. The Department shall refer an application for a Personal Wireless Service Facility Site Permit to the Planning Department if the proposed location of the Personal Wireless Service Facility (as shown on the Department Maps) is:

   (a) On a historic, historically or architecturally significant, decorative, or specially designed Utility Pole;
   (b) In a: (i) National Historic Landmark District; (ii) listed or eligible National Register Historic District; (iii) listed or eligible California Register Historic District; (iv) San Francisco Landmark District; (v) local Historic or Conservation District; or (vi) locally significant district;
   (c) Adjacent to a: (i) National Historic Landmark; (ii) California Landmark; (iii) San Francisco Landmark; (iv) Structure of Merit; (v) building that the City has designated as architecturally significant; or (vi) locally significant building; or
   (d) On a street identified in the City and County of San Francisco General Plan as one that: (i) is most significant to City pattern; (ii) defines City form; (iii) has an important street view for orientation; or (iv) has street views that are rated "excellent" or "good."

5. The Department will refer an application for a Personal Wireless Service Facility Site Permit to the Recreation and Park Department if the proposed location of the Personal Wireless Service Facility (as shown on the Department Maps) is Adjacent to a City park or open space.

6. If the Department makes the determination set forth in Sections III.D.3(a)-(b) for any Personal Wireless Service Facility that had not been identified by the Applicant as requiring review by the Planning Department or Recreation and Park Department, the Department shall notify the Applicant within seven (7) Business Days. The Applicant may then elect to modify the application by changing the proposed location of the Personal Wireless Service Facilities. If the Applicant notifies the Department that it does not intend to modify the application, the Department will then immediately refer the proposed Personal Wireless Service Facilities to the Planning Department and/or the Recreation and Park Department for review. If the Applicant modifies the application, the Department will start the review process over again.

7. If a referral to Planning Department and/or the Recreation and Park Department under Sections III.D.3(a)-(b) is not required, the Department will approve the application within five (5) Business Days of receipt of a determination from the Department of Public Health under Section III.D.8 that the potential human exposure to radio frequency emissions from the proposed Personal Wireless Service Facilities complies within FCC regulations. If such determination is not required under Sections III.C.4 and III.D.8, the Department shall approve the application within seven (7) Business Days.

8. Prior to approving an application for a Personal Wireless Service Facilities Permit, the Department will refer the Applicant's Verified Statement concerning the potential human exposure to radio frequency emissions from the proposed Personal Wireless Service Facilities to the Department of Public Health for review as required under S.F. Administrative Code § 11.9(b)(2)(C).  The Department will request that the Department of Public Health make a determination within ten (10) Business Days of receipt of the referral from the Department and the Department will make good faith efforts to ensure compliance with this request.  If the Department of Public Health determines that the potential human exposure to radio frequency emissions does not comply with FCC regulations, the Department will deny the application within five (5) Business Days of receipt of a determination from the Department of Public Health.  Consistent with Section III.C.4, the Department is not required to refer a Verified Statement concerning human exposure to radio frequency emissions from a proposed Personal Wireless Service Facilities to the Department of Public Health if the Department of Public Health has previously reviewed a Verified Statement for the identical type of radio frequency transmission equipment and determined that it complies with FCC's regulations.  The Department of Public Health's initial determination will be sufficient for the Department to approve any subsequent applications for Personal Wireless Services Facilities Site Permits using the identical equipment.

9. If an application for a Personal Wireless Service Facilities Permit is referred to the Planning Department and/or the Recreation and Park Department, the Planning Department and/or the Recreation and Park Department shall review the proposed location for the Personal Wireless Service Facility as required under S.F. Administrative Code §§ 11.9(b)(2)(A)-(B).  The Planning Department and/or the Recreation and Park Department shall determine whether the Department should approve or disapprove the application because the location of the proposed Personal Wireless Service Facilities is consistent or inconsistent with the requirements of S.F. Administrative Code §§ 11.9(b)(2)(A)-(B).  The determination of the Planning Department and/or the Recreation and Park Department shall be binding on the Department.  The Department will request that the Planning Department and/or the Recreation and Park Department make this determination within fifteen (15) Business Days of receipt of the referral from the Department and the Department will make good faith efforts to ensure compliance with this request.

10. Within five (5) Business Days of receiving a determination from the Planning Department or the Recreation and Park Department (or from both if required), the Department shall issue a determination approving or denying the application for a Personal Wireless Service Facilities Site Permit.

11. Notwithstanding the foregoing, the Department shall not issue a Personal Wireless Service Facilities Site Permit until the Applicant has obtained any

    CEQA approval for the proposed Personal Wireless Service Facilities that might be required from the CPUC or the Planning Department.

IV. INSTALLATION PERIOD

  A. Installation of any Personal Wireless Service Facilities authorized by a Personal Wireless Service Facilities Site Permit must be completed within the Installation Period unless the Director, on the written request of Permittee, extends the Installation Period.

  B. The Director shall grant a request to extend the Installation Period if Permittee shows that additional time is needed for reasons directly related to construction requirements. The Director may deny a request to extend the Installation Period if the request is made for any other reason. The Director shall inform Permittee of his or her decision to grant or deny a request for an extension within five (5) Business Days of the request.

  C. Any extension of the Installation Period granted by the Director may be subject to additional special conditions, including, but not limited to, conditions that ensure the timely start and completion of installation during the extended Installation Period.

  D. If Permittee fails to obtain an extension of the Installation Period under Sections IV.A and IV.B, and instead allows a Personal Wireless Service Facilities Site Permit to lapse, Permittee must file an application for a new Personal Wireless Service Facilities Site Permit and follow all of the applicable requirements of this Order.

V. TERM OF PERMIT AFTER COMPLETION DATE

  A. A Personal Wireless Service Facilities Site Permit shall have a term of two (2) years after the Completion Date. At the request of Permittee, and subject to Permittee's compliance with the terms and conditions of the Personal Wireless Service Facilities Site Permit, its UCP, and Applicable Law, the Director shall renew a Permit for four (4) additional two (2) year periods. Such request must be writing and sent to the Director prior to the expiration of the applicable term. The Director shall not grant such a request, however, if Permittee is seeking to replace a Personal Wireless Service Facility that was installed on a Utility Pole pursuant to a Personal Wireless Service Facilities Site Permit, except to the extent that such replacement is permitted under Section V.C.

  B. Permittee must file a new application for a Personal Wireless Service Facilities Site Permit at the end of the ten (10) year period allowed under Section V.A. Nothing in this Section shall be construed to require Permittee to remove any Personal Wireless Service Facilities as a condition of obtaining a new Permit. The Department shall approve an application for a Personal Wireless Service Facilities Site Permit at the same location provided that the Applicant can show that there have been no changes to the existing permitted Personal Wireless Service Facility, except to the extent that any previously permitted equipment

has been properly replaced under Section V.C, or to the status of the location under S.F. Administrative Code §§ 11.9(b)(A)-(B). If the Department previously referred the application to the Planning or Recreation and Park Department under Sections III.D.4 or III.D.5, no further referral will be required.

C. Notwithstanding the foregoing, Permittee may replace a Personal Wireless Service Facility installed in the Public Rights-of-Way pursuant to a Personal Wireless Service Facilities Site Permit if the Applicant can show that the replacement equipment would: (i) be of substantially the same size and power as the previously permitted equipment; and (ii) if the Permit was referred to the Planning Department or Recreation and Park Department, be no more visually obtrusive than the previously permitted equipment. Permittee shall notify the Department at least ten (10) Days prior to replacing any such equipment if the reason for replacing the equipment is anything other than the equipment failed. If Permittee is replacing any equipment for the reason that the equipment failed, Permittee shall notify the Department within three (3) Days after replacing the equipment.

VI. APPEAL OF PERMIT APPROVAL OR DENIAL

The Department's approval or denial of a Personal Wireless Service Facilities Site Permit under this Order may be appealed to the Board of Permit Appeals pursuant to S.F. Charter § 4.106(b).

VII. APPLICATION AND OTHER FEES

All application and other fees for Personal Wireless Service Facilities Site Permits are set forth in S.F. Administrative Code § 11.9(b)(3).

VIII. CONSTRUCTION REQUIREMENTS

A. Permittee shall obtain all other required permits and authorizations from third parties prior to construction of any Personal Wireless Service Facilities in the Public Rights-of-Way.

B. Permittee shall contact the Department of Parking and Traffic for traffic requirements prior to beginning construction/installation.

C. Permittee shall conduct its construction/installation operations in accordance with the requirements of Article 11 of the City's Traffic Code.

D. Permittee shall be solely responsible for any damage to existing facilities.

IX. INSPECTION/REMOVAL

A. Within seven (7) Business Days of the Completion Date, Permittee shall notify the Department.

9

B.  After receipt of notice under Section IX.A, the Department shall inspect the Personal Wireless Service Facilities to insure that the installation has been in accordance with the Personal Wireless Service Facilities Site Permit in terms of the design and location of the proposed Personal Wireless Service Facilities.

C.  If the Department determines after an inspection that any Personal Wireless Service Facilities have been installed in a manner that is not in accordance with the Personal Wireless Service Facilities Site Permit, the Department shall issue a notice of deficiency and may require Permittee to take corrective action to bring the Personal Wireless Service Facilities into compliance. If Permittee fails to bring the Personal Wireless Service Facilities into compliance after receiving a notice of deficiency, the Department may require Permittee to remove the non-compliant Personal Wireless Service Facilities.

D.  The Department will issue a notice of deficiency within ten (10) Business Days after receipt of the notice from Permittee required under Section IX.A. If Permittee fails to provide the required notice, the Department may issue a notice of deficiency at such time as the Department learns of the deficiency.

E.  Along with the notification required under Section IX.A, Permittee shall provide the Department with confirmation that human exposure to radio frequency emissions from the installed Personal Wireless Service Facilities complies with FCC regulations.

F.  If at any time the Department has a valid reason to believe that human exposure to radio frequency emissions from the installed Personal Wireless Service Facilities violate FCC regulations, the Department shall consult with the Department of Public Health and/or may require the Applicant to provide additional proof of compliance with FCC regulations. Permittee's failure to limit the radio frequency emissions from a Personal Wireless Service Facility to comply with FCC regulations shall be a basis for the Department to issue a notice of deficiency and to require Permittee to take corrective action to bring the Personal Wireless Service Facilities into compliance. If Permittee fails to bring the Personal Wireless Service Facilities into compliance after receiving a notice of deficiency, the Department may require Permittee to remove the non-compliant Personal Wireless Service Facilities.

G.  A Personal Wireless Service Facilities Site Permit shall terminate in the event Permittee replaces any Personal Wireless Service Facilities that have been installed on a Utility Pole pursuant to a Personal Wireless Service Facilities Site Permit, except to the extent such replacement is permitted under Section V.C.

X.  COMPLIANCE WITH APPLICABLE LAW

Permittee shall comply with all Applicable Law related to Permittee's use of the Public Rights-of-Way for the construction and maintenance of Personal Wireless Service Facilities.

XI.  DEPOSIT

Permittee's deposit required under S.F. Public Works Code § 2.4.40 shall be available to the Department to secure the faithful performance of the obligations of Permittee under any Personal Wireless Service Facilities Site Permit. If Permittee has not made such a deposit, Permittee shall submit and maintain with the Department one (1) bond, cash deposit, or other security acceptable to the Department securing the faithful performance of the obligations of Contractor and its agent under any Permit issued under this Order. The deposit shall be in the sum of twenty-five thousand dollars ($25,000) in favor of the "Department of Public Works, City and County of San Francisco." If the Director has deducted any amounts from such a deposit pursuant to this Order, Permittee must restore the full amount of the deposit prior to the Department's issuance of a subsequent Permit. The Department shall return the deposit to Permittee should Permittee cease to operate any Personal Wireless Service Facilities in the Public Rights-of-Way.

RECOMMENDED:

*/s/ Barbara L. Moy*
Barbara Moy, Bureau Manager
Bureau of Street-Use and Mapping

Dated: December 5, 2007

APPROVED:

*/s/ Fred Abadi*
Fred V. Abadi, Ph.D.
Director of Public Works

Dated: December ___, 2007

11

Distribution
Return to B.S.M. – D. McKenna, Room 410, 875 Stevenson St. (1-signed)
Dep't Files (2)
Outside of B.S.M.
Brian Roberts, Department of Telecommunications and Information Services
Jonas Ionin, Planning Department
Richard Lee, M.D., Department of Public Health
Dawn Kamalanathan, Recreation and Park Department