CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA
City Attorney

THOMAS J. LONG
Deputy City Attorney

DIRECT DIAL: (415) 554-6548
E-MAIL:      thomas.long@sfgov.org

June 9, 2008

**Via E-Filing**

Honorable Marilyn Hall Patel
United States District Judge
450 Golden Gate Avenue,
San Francisco, California 94102

Re: NextG Networks of California, Inc. v. City and County of San Francisco
Case No. CV-08-0985-MHP

Dear Judge Patel:

During the hearing this afternoon on the motion of plaintiff NextG Networks of California, Inc. for judgment on the pleadings, and the motion of defendants the City and County of San Francisco and the Department of Public Works for summary judgment, the Court asked whether the provisions of San Francisco Ordinance No. 214-07 (now codified at San Francisco Administrative Code § 11.9) could be severed. I responded to that question by stating that the San Francisco Administrative Code contained a severance provision, but I did not have the opportunity to provide the Court with a citation.

The citation is as follows:

ADMINISTRATIVE CODE SEC. 11.72. SEVERABILITY.
If any part of this Chapter, or the application thereof to any Person or circumstance, is held invalid, the remainder of this Chapter, including the application of such part or provision to other Persons or circumstances, shall not be affected thereby and shall continue in full force and effect. To this end, provisions of this Chapter are severable.

Very truly yours,

DENNIS J. HERRERA
City Attorney

THOMAS J. LONG
Deputy City Attorney

cc: All counsel on e-service list

CITY HALL · 1 DR. CARLTON B. GOODLETT PLACE, SUITE # 234 · SAN FRANCISCO, CALIFORNIA 94102-4682
RECEPTION: (415) 554-4700 · FACSIMILE: (415) 554-4757

n:\energy\li2008\080957\00489544.doc