**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 9, 2008

Case No.   C 08-0985  MHP          Judge: MARILYN H. PATEL

Title: NEXTG NETWORKS OF CALIFORNIA INC
     -v-
     CITY AND COUNTY OF SAN FRANCISCO et al

Attorneys:  Plf: Martin Fineman
           Dft: Thomas Long

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)  Cross Motions for Summary Judgment

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court to issue order.