United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTG NETWORKS,<br><br>        Plaintiff(s),<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO et al,<br><br>        Defendant(s).<br>_____/ | No. C 08-00985 MHP<br><br>**CLERK'S NOTICE**<br>**(Scheduling Status Conference)** |

     The parties are hereby notified that a status conference in this matter will be held **August 18, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, to be heard in conjunction with C 06-6536 MHP *Extenet Systems Inc -v- City of San Francisco et al.* A Joint Status Report shall be filed not later than 10 days prior to the conference.

                                         Richard W. Wieking
                                         Clerk, U.S. District Court

Dated: July 17, 2008                          Anthony Bowser, Deputy Clerk to the
                                                      Honorable Marilyn Hall Patel
                                                           (415) 522-3140