MARTIN L. FINEMAN, State Bar No. 104413
SUZANNE TOLLER, State Bar No. 129903
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

T. SCOTT THOMPSON, *pro hac vice*
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
Telephone 202-973-4200
Facsimile: 202-973-4499
Email: scottthompson@dwt.com

ROBERT L. DELSMAN, State Bar No. 142376
NEXTG NETWORKS, INC.
2216 O'Toole Avenue
San José, California 95131
Telephone: 510-845-9681
Facsimile: 510-845-7135
Email: rdelsman@nextgnetworks.net

Attorneys for Plaintiff
NextG Networks of California, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO AND THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>　　　　　　Defendants. | No. CV 08 0985 MHP<br><br>**[PROPOSED] JUDGMENT** |

1      Plaintiff NextG Networks of California, Inc. ("NextG"), and Defendants City of San Francisco ("the City") and The Department of Public Works of the City of San Francisco ("DPW"), presented the Court with cross motions for partial summary judgment.[1]

     The action came on for hearing before the Court. The issues have been heard and a decision has been rendered. On June 23, 2008, the Court entered a Memorandum & Order Re: Cross Motions for Summary Judgment ("Memorandum & Order"), granting in part and denying in part each party's Motion for Summary Judgment.

     For the reasons set forth in the Memorandum & Order, the Court hereby issues judgment declaring that certain provisions of the City's Administrative Code and DPW Order No. 177,163 are preempted by section 253(a) of the Telecommunications Act of 1996, 47 U.S.C. § 253.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that

     Judgment is and shall be entered on behalf of NextG on the First Claim For Relief in its Complaint to the extent that the Court holds that Sections 11.9(b)(2)(A), 11.9(b)(2)(B), and 11.9(b)(3)(D) of the City's Administrative Code and Sections III.D.4, III.D.5, and VI of DPW Order No. 177,163 are preempted by 47 U.S.C. § 253; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

     Judgment is and shall be entered on behalf of Defendants on the First Claim For Relief in NextG's Complaint to the extent not otherwise granted to NextG by this Judgment and as set forth in the Court's June 23, 2008 Memorandum & Order; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

     The City and DPW, and the agents, officers, employees and any other persons acting on behalf of the City or DPW, are permanently enjoined from enforcing or requiring NextG to comply with Sections 11.9(b)(2)(A), 11.9(b)(2)(B), and 11.9(b)(3)(D) of the City's Administrative Code and Sections III.D.4, III.D.5, and VI of DPW Order No. 177,163, in their entirety; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

---

[1] Pursuant to Federal Rule of Civil Procedure Rule 12(d), the Court deemed NextG's motion, styled as a motion for judgment on the pleadings, as a motion for summary judgment.

The Court declines supplemental jurisdiction over NextG's claims under California Public Uitlities Code Sections 7901 and 7901.1 set forth in the Second Claim For Relief in its Complaint; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

On August 8, 2008, NextG filed a Voluntary Dismissal of the Third Claim For Relief in its Complaint, and pursuant to that Voluntary Dismissal, the Third Claim For Relief in NextG's Complaint is dismissed without prejudice and without an award of fees or costs to any party.

**IT IS SO ORDERED, ADJUDGED AND DECREED**

Dated: August ___, 2008.

_____
The Honorable Marilyn Hall Patel
United States District Judge