MARTIN L. FINEMAN, State Bar No. 104413
SUZANNE TOLLER, State Bar No. 129903
DAVIS WRIGHT TREMAINE, LLP
505 Montgomery St., Suite 800
San Francisco, California  94111-6533
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599

T. SCOTT THOMPSON, *pro hac vice*
DAVIS WRIGHT TREMAINE, LLP
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
Telephone 202-973-4200
Facsimile: 202-973-4499

ROBERT L. DELSMAN, State Bar No. 142376
NEXTG NETWORKS, INC.
2216 O'Toole Avenue
San José, California 95131

Attorneys for Plaintiff
NextG Networks of California, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS OF CALIFORNIA, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE DEPARTMENT OF PUBLIC WORKS OF THE CITY OF SAN FRANCISCO,<br><br>　　　　　Defendants. | Case No. CV-08-0985-MHP<br><br>**PLAINTIFF NEXTG NETWORKS' DISMISSAL OF THIRD CLAIM FOR RELIEF**<br><br>Conference Date:　August 18, 2008<br>Time:　　　　　　3:00 p.m.<br>Place:　　　　　　Courtroom 15 |

1  Plaintiff NextG Networks of California, Inc. hereby voluntarily dismisses without prejudice the
2  Third Claim for Relief (only) in its Complaint.

Dated:  August 8, 2008.                       MARTIN L. FINEMAN,
                                              SUZANNE TOLLER
                                              T. SCOTT THOMPSON
                                              DAVIS WRIGHT TREMAINE, LLP

                                              ROBERT L. DELSMAN
                                              NEXTG NETWORKS, INC.


                                              By:  /s/   Martin L. Fineman
                                                   Martin L. Fineman
                                                   Attorneys for Plaintiff
                                                   NextG Networks of California, Inc.

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA