**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 18, 2008

Case No.   C 06-6536  MHP          Judge: MARILYN H. PATEL
           C 08-0985  MHP

Title: EXTENET SYSTEMS INC -v- CITY OF SAN FRANCISCO et al
       NEXTG NETWORKS  -v- CITY AND COUNTY OF SAN FRANCISCO et al

Attorneys:  Plf:  Stephen Bowen,  Martin Fineman
            Dft: William Sanders, Thomas Long

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Legislation to be passed by end of October/08; If not completed, a further status conference set for 11/10/08 at 3:00 pm, with officials to attend if necessary; No judgment to be issued at this time; Defendant to issue previously-approved permits;